IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH LADALE WOOD, #238 098 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:10-CV-1024-ID |
| v. | ) | |
| | ) | (WO) |
| LOUIS BOYD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Before the court are the Recommendation of the Magistrate Judge, (Doc. #10), and Plaintiff's Objection, (Doc. #12).  Having conducted a *de novo* determination of those portions of the Recommendation to which objections are made, it is CONSIDERED and ORDERED as follows:

1. Plaintiff's Objection (Doc. #12) be and the same is hereby OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #10) be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3. This case be and the same is hereby DISMISSED with prejudice prior to service of process pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

DONE this the 14th day of February, 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE